**Order entered December 2, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00925-CV

## IN RE SHERRIE CASH, ET AL., Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07375**

## ORDER
Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **DENY** relators' motion for temporary stay as moot.

/s/    KEN MOLBERG
        JUSTICE